UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00980-KES-EPG<br><br>ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 11) |

　　　Plaintiff Prince Paul Raymond Williams proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 11). Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2, 11) are granted.

IT IS SO ORDERED.

　　　Dated:　**September 10, 2025**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1