UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE, N.A. *et al.*,<br><br>　　　　Defendants. | No. 1:25-cv-00980-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Docs. 5, 9 |

　　　　Plaintiff Prince Paul Raymond Williams is proceeding pro se and in forma pauperis in this civil action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C § 636(b)(1)(B) and Local Rule 302.

　　　　On August 12, 2025, plaintiff filed an ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction. Doc. 5. On August 18, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction. Doc. 9. Specifically, the magistrate judge found that plaintiff has not met his burden of showing that a significant threat of imminent irreparable injury is likely. *Id.* at 3–4. The findings and recommendations were served on plaintiff and notified him that objections were due in 30 days. *Id*. at 4. Plaintiff did not file any objections, and the time to do so has passed.

　　　　According to the provisions of 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 18, 2025, Doc. 9, are adopted in full; and

2. Plaintiff's ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction, Doc. 5, is denied.

IT IS SO ORDERED.

Dated:    October 25, 2025

_____
UNITED STATES DISTRICT JUDGE