**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, | Case No. 1:25-cv-0980 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| CAPITAL ONE, N.A., et al., | |
| Defendants. | |
| | Doc. 16 |

Prince Paul Raymond Williams proceeds pro se in this civil action, and the magistrate judge screened the amended complaint pursuant to 28 U.S.C. § 1915. Doc. 15. The magistrate judge found Williams failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, because Williams did not provide "a short and plain statement of the claim." *Id.* at 4. The magistrate judge also determined Williams "improperly group[ed] all defendants together without making clear which individuals did the actions" among the eight defendants—including entities—identified. *Id.* Further, the magistrate judge found Williams asserted claims that appeared "based on spiritual values that are not tied to statutes or legal claims." *Id.* The magistrate judge granted Williams leave to amend and directed him to file either a second amended complaint or a notice of voluntary dismissal within 30 days. *Id.* at 5. Williams did not amend his complaint or otherwise respond to the order.

1

On December 22, 2025, the magistrate judge issued findings and recommendations, reiterating the findings in the screening order that Williams failed to comply with Rule 8 and did not state cognizable claims. Doc. 16 at 3-4. The magistrate judge recommended the matter be dismissed for failure to state a claim. *Id.* at 6. The magistrate judge also found terminating sanctions were also appropriate for failure to obey the screening order and failure to prosecute, upon consideration of the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). *Id.* at 4-6.

The court served the findings and recommendations upon Williams and notified him that any objections were due within 30 days. Doc. 16 at 6. The court also advised Williams the failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Williams did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the court **ORDERS**:

1. The findings and recommendations issued on December 22, 2025 (Doc. 16) are **ADOPTED**.

2. This action is **DISMISSED** without prejudice for failure to state a claim, failure to obey the court's order, and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 23, 2026

_____
UNITED STATES DISTRICT JUDGE

2